

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00325-CR

| | | |
|---|---|---|
| MARK WRIGHT, Appellant | § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1658302D) |
| V. | § | September 7, 2023 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's Count Three judgment. We affirm the trial court's Count One judgment (burglary of a habitation with intent to commit another felony, namely aggravated assault with a deadly weapon). The trial court's Count Three judgment is modified to delete the words "Yes, not a firearm" under the heading "Findings on Deadly Weapon." It is ordered that the trial court's Count Three judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr